1  Stuart W. Price (SBN: 125918)
      swprice@bryancave.com
2  Shalem A. Massey (SBN: 143281)
      shalem.massey@bryancave.com
3  **BRYAN CAVE LLP**
   3161 Michelson Dr., Suite 1500
4  Irvine, California 92612-4414
   Telephone:  (949) 223-7000
5  Facsimile:   (949) 223-7100

6

7  Attorneys for Defendant
   COUNTRYWIDE HOME LOANS, INC.
8  (erroneously sued as Countrywide Home Loans)

JS-6

9

10               **UNITED STATES DISTRICT COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

12

13  RANDY ALTARES; CHERRY        Case No. SACV09-712 CJC (RNBx)
    ALTARES,
14                               Judge Cormac J. Carney
          Plaintiffs,            Dept 9B
15
          vs.
16                               **[PROPOSED]** **ENTRY OF**
    COUNTRYWIDE HOME LOANS; and  **JUDGMENT OF DISMISSAL**
17  DOES 1 through 100, inclusive,

18        Defendants.

19
20
21
22
23
24
25
26
27
28

1. Having reviewed the Court's docket and the papers on file in the above-captioned matter, the Court finds the following:

    1. On April 22, 2009, Plaintiffs Randy Altares and Cherry Altares ("Plaintiffs") filed the instant action against Defendant Countrywide Home Loans, Inc. ("Defendant").

    2. On June 17, 2009, Defendant timely removed the action from the Superior Court for the County of Orange to this Court.

    3. On June 24, 2009, Defendant filed a motion to dismiss each of the causes of action asserted in Plaintiffs' Complaint based on the uncertainty of the claims and Plaintiffs' failure to state a valid cause of action.

    4. The motion to dismiss was decided on September 16, 2009. The Court granted Defendant's unopposed motion to dismiss with leave to amend within 20 days. The Court's order provided that Plaintiff was required to file an amended complaint by October 7, 2009.

    5. Plaintiffs failed to file an amended complaint by October 7, 2009.

Accordingly, for the reasons set forth above, IT IS ORDERED, ADJUDGED AND DECREED as follows:

That this action is hereby dismissed, with prejudice.

Dated: October 30, 2009

_____
Hon. Cormac J. Carney
District Court Judge
United States District Court
Central District of California

IR01DOCS422570.1

Case No. SACV09-712 CJC (RNBx)

[PROPOSED] ENTRY OF JUDGMENT OF DISMISSAL